RECEIVED
AUG 3 1 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MELISSA EDWARDS | CIVIL ACTION NO. 6:15-cv-02535 |
| VERSUS | JUDGE DOHERTY |
| U.S. BANK NATIONAL ASSOCIATION and OCWEN LOAN SERVICING, LLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to dismiss (Rec. Doc. 22) should be granted in part and denied in part, consistent with the report and recommendation. More particularly, it is recommended that the motion be granted to the extent that the plaintiff has failed to state claims on which relief can be granted for declaratory judgment and for unjust enrichment. In all other respects, it is recommended that the motion be denied.

Lafayette, Louisiana, this 31 day of August, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE